NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CHICAGO BOARD OPTIONS EXCHANGE, INC.,**
*Plaintiff-Cross-Appellant,*

v.

**INTERNATIONAL SECURITIES EXCHANGE, LLC,**
*Defendant-Appellant.*

---

2011-1267, -1298 .

---

Appeals from the United States District Court for the Northern District of Illinois in consolidated case nos. 07-CV-0623 and 07-CV-4709, Judge Joan H. Lefkow.

---

## ON MOTION

---

Before RADER, *Chief Judge*, WALLACH, *Circuit Judge*, and FOGEL, *District Judge.**

PER CURIAM.

## ORDER

---

* Honorable Jermey Fogel, District Judge for the United States District Court for the Northern District of California, sitting by designation.

International Securities Exchange, LLC (ISE) moves for leave to file a supplemental appendix. ISE states that Chicago Board Options Exchange, Inc. consents to this motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 7 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Jonathan A. Marshall, Esq.
    Parker H. Bagley, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 7 2012

JAN HORBALY
CLERK